IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEDRIC MARSHALL, </br> KENDRIC MARSHALL, and </br> DAVID JACKSON, </br> </br> *Plaintiffs*, </br> </br> v. </br> </br> EVANS & ASSOCIATES </br> UTILITY SERVICES, INC., and </br> EVANS & ASSOCIATES </br> ENTERPRISES, INC., </br> </br> *Defendants*. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. CIV-19-642-D </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

# ORDER

Before the Court is a Motion to Dismiss filed by Defendants Evans & Associates Utility Services, Inc., and Evans & Associates Enterprises, Inc. (collectively, the "Defendants"). Doc. No. 8. The Motion challenges the sufficiency of Dedric Marshall's, Kendric Marshall's, and David Jackson's (collectively, the "Plaintiffs") original pleading [Doc. No. 1]. In response to the Motion, Plaintiffs have timely filed an amended pleading pursuant to Fed. R. Civ. P. 15(a)(1)(B). This amendment "supersedes the original and renders it of no legal effect." *Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991); *see Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180–81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007). Thus, Defendants' Motion is moot.

**IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss [Doc. No. 8] is **DENIED** without prejudice to resubmission, if appropriate, in response to Plaintiffs' First Amended Complaint [Doc. No. 11].

**IT IS SO ORDERED** this 5th day of September 2019.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge